IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YOLANDA INFANTE RIVERA,<br><br>            Plaintiff,<br><br>     v.<br><br> KILOLO KIJAKAZI, acting Commissioner of Social Security,<br><br>            Defendant. | CASE NO. 1:21-cv-00257-GSA<br><br>MOTION FOR WAIVER OF REQUIREMENT FOR DEFENDANT TO FILE PAPER COPY OF CERTIFIED ADMINISTRATIVE RECORD WITH THE COURT; ORDER<br><br>(Doc. 10) |

Defendant's motion for waiver of the Court's requirement to file a hard copy of the Certified Administrative Record is **GRANTED**.

**IT IS SO ORDERED.**

Dated:   **July 29, 2021**          /s/ Gary S. Austin
                                            UNITED STATES MAGISTRATE JUDGE

1