UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
FRESNO DIVISION

| | |
|---|---|
| YOLANDA INFANTE RIVERA,<br><br>    Plaintiff,<br><br>    vs.<br><br>KILOLO KIJAKAZI, Acting<br>Commissioner of Social Security,<br><br>    Defendant. | Case No. 1:21-cv-00257-DAD-GSA<br><br>STIPULATION & ORDER TO REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) |

IT IS HEREBY STIPULATED, by and between the parties, through their undersigned attorneys, and with the approval of the Court, that the Commissioner of Social Security has agreed to a voluntary remand of this case pursuant to sentence four of 42 U.S.C. § 405(g).  The purpose of the remand is to offer Plaintiff a new decision.

On remand, the Commissioner will further develop the record as necessary, and issue a new decision. The parties further request that the Clerk of the Court be directed to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

Respectfully submitted,

Dated: April 1, 2022          PEÑA & BROMBERG, ATTORNEYS AT LAW

                              By:*/s/ Jonathan Omar Pena\**
                                  JONATHAN OMAR PEÑA
                                  Attorneys for Plaintiff
                                  [*As authorized by e-mail on April 1, 2022]

Dated: April 1, 2022          PHILLIP A. TALBERT
                              United States Attorney
                              PETER K. THOMPSON
                              Acting Regional Chief Counsel, Region IX
                              Social Security Administration

By: */s/ Jennifer Lee Tarn*
JENNIFER LEE TARN
Special Assistant United States Attorney
Attorneys for Defendant

**ORDER**

Pursuant to stipulation,

IT IS SO ORDERED.

Dated: **April 1, 2022**          **/s/ Gary S. Austin**
UNITED STATES MAGISTRATE JUDGE